UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL N. SCOUTEN, *et al.*,

        Plaintiffs,

v.

MIDLAND COUNTY JAIL, *et al.*,

        Defendants.

_____/

Case No. 20-cv-11708

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S JANUARY 25, 2021 REPORT AND RECOMMENDATION (ECF NO. 73), AND DENYING PLAINTIFF CORY O. DERRICK'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF (ECF NO. 33)

On January 25, 2021, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to deny Plaintiff Cory O. Derrick's Motion for Preliminary Injunctive Relief. (ECF No. 73, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 73), and **DENIES** Plaintiff Cory O. Derrick's Motion for Preliminary Injunctive Relief (ECF No. 33).

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  Paul D. Borman
                                                  United States District Judge

Dated: February 22, 2021