Clerk of the Court,  3-31-21

My name is Andrew John Streu, #950834, and I am currently being housed at the following Address:

Andrew John Streu
#950834
Saginaw Regional Facility
9625 Pierce Road
Freeland, MI 48623

I am a party to Case No. 2:20-CV-11708 and am at this time Responding to the Motion for Summary Judgment #96. I am at this time not Concuring or agreeing with the relief Sought by Chapman Law Group.

Thank you for your time and Prompt Reply to this matter.

Andrew John Streu
#950834

## Proof Of Service

I Certify on March 31, 2021 I Served a Copy of the forgoing instrument on the following:

Clerk of the Court
USDC, 231 Lafayette BLVD
Detroit, MI   48226

Chapman Law Group
1441 West Long Lake Road, STE. 310
Troy, MI   48098

I Certify all information is to the best of my information, belief, and knowlegde.

Andrew Stren

Andrew Stren #95-831
Saginaw Regional Facility
9625 Pierre Road
Freeland, MI 48623

CLERK OF THE COURT 4-1-21
UNITED STATES DISTRICT COURT
231 W Lafayette Boulevard
Detroit, MI 48226

METROPLEX MI 480
1 APR 2021 PM

RECEIVED
APR 12 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

# SEALED # SEALED # SEALED # SEALED